# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 11, 2022

## NO. 03-20-00571-CV

### AMLI Downtown Austin, L.P., Appellant

### v.

### Peli Peli Austin, LLC, Appellee

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
## REVERSED AND RENDERED – OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on October 26, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the trial court's judgment ruling in favor of Peli Peli Austin, LLC on its breach of lease claim. Therefore, the Court reverses that portion of the trial court's judgment and renders judgment that Peli Peli take nothing. Peli Peli shall pay all costs relating to this appeal, both in this Court and in the court below.